**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks　　　Date: October 9, 2007
Court Reporter: Janet Coppock　　　　　　　Time: 28 minutes
Probation Officer: Susan Heckman　　　　　Interpreter: n/a

**CASE NO.  07-CR-00072-WDM**

Parties　　　　　　　　　　　　　　　　　　Counsel

**UNITED STATES OF AMERICA,**　　　　　　Kasandra Carleton

　　　　Plaintiff,

vs.

**DAVID FLOOD,**　　　　　　　　　　　　　Matthew Golla

　　　　Defendant.

**SENTENCING**

**2:05 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
07-CR-00072-WDM
October 10, 2007

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Golla addresses defendant's objections to the presentence investigation report.

**ORDERED:** Defendant's objections are overruled.

Comments by Ms. Carleton and Mr. Golla in support of Government's Motion for Downward Departure Pursuant to 5K1.1.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #22), filed 10/4/07 is **GRANTED** to the extent requested.

Mr. Golla addresses sentencing.

Defendant addresses the Court.

Comments by Ms. Carleton.

Defendant entered his plea on **April 13, 2007** to count **One of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:**           12
**CRIMINAL HISTORY CATEGORY:**     IV

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 21 to 27 months | 24 months (absent a downward departure motion pursuant to 5K1.1) |
| **Supervised Release** | 2 to 3 years | 3 years |
| **Probation** | Not eligible | Not recommended |

Page Three
07-CR-00072-WDM
October 10, 2007

| | | |
|---|---|---|
| **Fine** | $3,000 to $30,000 | Not recommended |
| **Special Assessment** | $100 | $100 |

**Restitution**
Restitution is not an issue in this case.

**Community Service**
Community service is not recommended in this case.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **18** months.

Court RECOMMENDS that defendant receive credit for **time served** in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in California**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

Page Four
07-CR-00072-WDM
October 10, 2007

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Government's Motion for Acceptance of Responsibility is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:33 p.m.     COURT IN RECESS**

**Total in court time:          28 minutes**

**Hearing concluded**