IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00072-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DAVID FLOOD,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      The supervised release violation hearing will be held **February 15, 2010, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: January 10, 2011

                                              s/ Jane Trexler, Judicial Assistant